IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:23-cr-00218-AB-1 |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL LEROY MOORE, aka ASHLEY HADLEY, | |
| Defendant. | |

Before the Court is Defendant Ashley Hadley's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF 71); *see also* Reply (ECF 81). The Government opposes Defendant's Motion. Response to Mot. (ECF 76). The Court has considered the statutory factors against the under-seal filings submitted by both sides. The Court is persuaded by Defendant's arguments and evidence and concludes that Defendant has satisfied all four statutory requirements. Specifically, based on the record before the Court, Defendant has fully exhausted her administrative remedies, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and finds that a sentence of time served is warranted in this case, extraordinary and compelling reasons warrant a reduction of Defendant's sentence, and a reduction of Defendant's sentence is consistent with the factors set forth in 18 U.S.C. § 3142(g). *See* 18 U.S.C. § 3582(c)(1)(A); *see also* U.S.S.G. § 1B1.13.

1 – ORDER

Therefore, Defendant's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), (ECF 71), is GRANTED. Defendant's sentence of imprisonment is reduced to time served. Defendant shall be immediately released.

IT IS SO ORDERED.

DATED this 17th day of April 2025.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER